UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Marion Clarence Cooper</u>

    v.                                                  Civil No. 16-cv-097-JL

<u>E.L. Tatum, Jr., Warden,</u>
<u>Federal Correctional Institution,</u>
<u>Berlin, New Hampshire</u>

**REPORT AND RECOMMENDATION**

Marion Clarence Cooper, an inmate at FCI Berlin, has notified the court that he would like to withdraw this petition and have the case closed. <u>See</u> Doc. No. 5. Accordingly, the district judge should dismiss this case without prejudice and direct that it be closed.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the District Court's order. <u>See</u> <u>Garayalde-Rijos v. Mun. of Carolina</u>, 747 F.3d 15, 21-22 (1st Cir. 2014).

                                                          /s/ Andrea K. Johnstone
                                                          Andrea K. Johnstone
                                                          United States Magistrate Judge

July 6, 2016
cc: Trenton Miller, pro se
    Terry Ollila, Esq.